# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| In re: | Case No. 18-15919-JEP |
| **NATALIE G. ADAMS** | Chapter 7 |
| | Judge Jessica E. Price Smith |
| Debtor(s) | |

## REQUEST FOR NOTICE TO CREDITORS

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to the creditors to file claims.

Dated: February 23, 2019

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel. (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com